UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **5:25−cv−01001 HDV (ADSx)** | Date | 5/27/2025 |
|---|---|---|---|
| Title | **Daniel Ordorica Ramirez v. South East Employee Personnel Leasing, Inc. et al** | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO STAY (JS-6)**

The Court, having granted the parties' stipulation on May 27, 2025 to stay case pending arbitration;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing the arbitration status within **90 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED**.

**IT IS SO ORDERED.**